02-12-053-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00053-CV

 

 


 
 
 Fort Worth Independent School District
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Joseph Palazzolo and Robert Scott, Texas
 Commissioner of Education
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE 348th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant Fort Worth Independent School District's Motion To
Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED:
 March 15, 2012









[1]See Tex. R. App. P. 47.4.